UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>   v.<br><br>JULIAN C. CHAPA,<br><br>   Respondent. | No. 1:16-cv-1699-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE I.R.S. SUMMONS BE ENFORCED<br><br>(Doc. 8) |

On March 8, 2017, the assigned magistrate judge issued findings and recommendations recommending that the IRS summons at issue be enforced. (Doc. 8) The findings and recommendations were served on all parties appearing in the action and contained notice that any objections thereto were to be filed within fourteen (14) days after service of the order. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The I.R.S. summons served upon respondent, Julian C. Chapa, is enforced;

/////

1

2. Respondent is ordered to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, CA 93721-2227, before Revenue Officer Lisa R. Lopez or her designated representative, on March 24, 2017, at 10:00 a.m., as agreed to by Revenue Officer Lopez and respondent at the show cause hearing;

3. Respondent is to appear before Revenue Officer Lopez or her designated representative, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination is to continue from day to day until completed, unless compliance with the summons is fully achieved prior to that date and time;

4. Should the March 24, 2017, appearance need to be continued or rescheduled, the respondent is to be notified in writing of a later date by Revenue Officer Lopez; and

5. Until complied with, the court shall retain jurisdiction to enforce its order pursuant to its contempt power.

IT IS SO ORDERED.

Dated:   **March 23, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE